1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
9                                            AT TACOMA

10      KENNETH R. MERRITT,,

11                    Plaintiff,

12              v.                                              Case No. C04-5162FDB

13      JO ANNE B. BARNHART, Commissioner of              ORDER GRANTING PLAINTIFF'S
        Social Security,                                  MOTION FOR EAJA FEES
14
                      Defendant.
15

16          Plaintiff having moved pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412, for

17   attorney's fees in the amount of $4,709.09 and for costs in the amount of $228.30; and the defendant

18   having responded stating that she has no objection, NOW, THEREFORE, Plaintiff's motion for fees

19   and costs in the above-stated amounts is GRANTED.

20          SO ORDERED.

21          DATED this 29th day of August, 2005.

22

23                                             _____

24                                             FRANKLIN D. BURGESS
                                               UNITED STATES DISTRICT JUDGE
25

26   ORDER - 1